UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AT&T INTELLECTUAL PROPERTY II, L.P.,

          Plaintiff,

-vs-                                            Case No. 6:08-cv-1032-Orl-28DAB

EDWARD PURO and GET REAL ADVERTISING, INC.,

          Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction (Doc. No. 16) filed August 27, 2008 and Defendants' Motion to Set Aside Default (Doc. 19) filed September 4, 2008. The United States Magistrate Judge has submitted a report recommending that the Motion for Entry of Default Judgment be granted in part and a report recommending that the Motion to Set Aside Default be denied.

After an independent *de novo* review of the record in this matter, and consideration of the Answer filed by the Defendants after entry of the first Report and Recommendation (Doc. 18), and the Objections to the second Report and Recommendation (Doc. 25), the Court agrees entirely with the findings of fact and conclusions of law in both Report and Recommendations. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 3, 2008 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. That the Report and Recommendation filed September 17, 2008 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. The Motion for Entry of Default Judgment and Permanent Injunction (Doc. No. 16) is **GRANTED in part.** Final Judgment and a Permanent Injunction will be entered via a separate order. Attorney's fees shall be awarded in the amount of $22,146.00. Costs shall be addressed in a separate Bill of Costs.

4. The Motion to Set Aside Default (Doc. 19) is **DENIED.**

5. The Answer filed at docket entry 18 is hereby **STRICKEN.**

6. Plaintiff's Motion to Strike Defendant's Notice of Filing (Doc. No. 26) is **GRANTED.** The Notice of Filing Testimonials (Doc. No. 22) is hereby **STRICKEN.**

6. After the Final Judgment is entered, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_7\_\_\_ day of October, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party